# Gabriel A. Levy, P.C.
415 Red Hook Lane, Suite 6E, Brooklyn NY 11201
516-287-3458 • Glevyfirm@gmail.com

November 9, 2020

VIA ECF
Hon. Judge Katherine Polk Failla
United States District Judge
40 Foley Square
New York, New York 10007



RE:     ALEXANDER GOMEZ V. BODEGA RESTAURANT GROUP CORP., et al.
           **Docket 1:20-cv-06564-KPF**

Dear Judge Failla:

      This firm represents plaintiff, Alexander Gomez, in the above referenced matter. The Parties submit this correspondence jointly to inform the Court that they are continuing to work diligently towards a potential resolution of this matter. While a resolution has not yet been reached, they are hopeful that they will be able to reach one soon. In order to continue their efforts, and in advance of the upcoming conference scheduled before Your Honor on November 20, 2020, we request that conference be adjourned and the same of this matter be continued for another 30 days to December 21, 2020, or a comparable date which better suits the Court's calendar.

      We thank this Honorable Court and Your Honor for its time and consideration.

Sincerely,

*/s/ Gabriel Levy*

Gabriel Levy, Esq.

CC: All Parties Via ECF

Application GRANTED. The initial pretrial conference scheduled for November 20, 2020, is hereby ADJOURNED to December 15, 2020, at 12:00 p.m. At 12:00 p.m., the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 12:00 p.m. The parties' joint pre-conference letter and proposed case management plan (*see* Dkt. #7), shall be due on or by December 10, 2020.

Dated:    November 9, 2020          SO ORDERED.
          New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE